## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: ANTHONY C. ROBISON
(Please print)

STREET ADDRESS: 501-WEST-24th PLACE #405

CITY/STATE/ZIP: CHGO ILL 60616

PHONE NUMBER: Home (312) 842-8616 CELL # 713-512-5442

CASE NUMBER:
12CV10210
Judge Lee
Mag. Judge Keys

Anthony C. Robeson          12-19-12
Signature                   Date

FILED
12-20-12
DEC 20 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT