## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Robinson C. Anthony

                                          Plaintiff,

v.                                                                        Case No.: 1:12−cv−10210
                                                                       Honorable John Z. Lee

Oakley Construction Company, Inc.

                                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 14, 2013:

      MINUTE entry before Honorable John Z. Lee: At the request of counsel, the status hearing set for 2/19/13 is reset for 3/14/13 at 9:15 a.m. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.