AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS  SUMMONS IN A CIVIL CASE

Anthony C. Robison

V.

Oakley Construction Company

CASE NUMBER: 12CV10210

ASSIGNED JUDGE: Judge Lee

DESIGNATED MAGISTRATE JUDGE: Mag. Judge Keys

TO: (Name and address of Defendant)

Oakley Construction Company
7815 S. Claremont Avenue
Chicago, IL 60620

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Attorney Janice Pintar
Cross Law Firm
845 N. 11th Street
Milwaukee, WI 53233

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THC

(By) I

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



DATE

February 22, 2013

DATE

ClientCaseID: PINTAR,JANICE
Law Firm ID: POTTER



CaseReturnDate: 3/28/13

Affidavit of Special Process Server

*376680A*

# UNITED STATES DISTRICT COURT

Case Number **12CV10210**

I, KATHLEEN B. DINUNNO

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT

ON THE WITHIN NAMED DEFENDANT OAKLEY CONSTRUCTION COMPANY
PERSON SERVED **SHABRETA BURT, OFFICE MANAGER**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 3/7/13

SHABRETA BURT OFFICE MANAGER WAS AUTHORIZED TK ACCEPT SERVICE ON BEHALF OF THE COMPANY.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

Sex Female   Race BLACK   Age 40
Height 5'4"   Build MEDIUM   Hair BLACK

LOCATION OF SERVICE **7815 S CLAREMONT AVENUE CHICAGO, IL, 60620**

Date Of Service 3/7/13   Time of Service 12:17 PM

KATHLEEN B. DINUNNO   3/12/2013
Special Process Server
P.E.R.C.#129-277154

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00