## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY C. ROBISON, | ) | |
| | ) | Case No. 12CV10210 |
| Plaintiff, | ) | |
| | ) | Judge John Z. Lee |
| v. | ) | |
| | ) | Magistrate Judge Keys |
| OAKLEY CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

**TO:** *See Attached Service List*

     PLEASE TAKE NOTICE that on **Thursday, April 18, 2013 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge John Z. Lee or any Judge sitting in his stead, in Courtroom 1225 in the United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Motion for Leave to Withdraw as Counsel of Record for Defendant, Oakley Construction Company**, a copy of which was filed electronically and is available through the Court's system.

                                            Respectfully submitted,


                                 By:  __/s/ Catherine R. Locallo_____

                                         Joseph J. Perkoski
                                         Catherine R. Locallo
                                         David G. Weldon
                                         **ROBBINS SCHWARTZ**
                                         55 W. Monroe St., Suite 800
                                         Chicago, Illinois 60603
                                         (312) 332-7760
                                         (312) 332-7768
                                         jperkoski@robbins-schwartz.com
                                         clocallo@robbins-schwartz.com
                                         dweldon@robbins-schwartz.com

## CERTIFICATE OF SERVICE

Catherine R. Locallo, an attorney, hereby certifies that she caused a copy of the **Motion for Leave to Withdraw as Counsel of Record for Defendant, Oakley Construction Company**, to be served on the following parties via electronic filing using the United States District Court for the Northern District of Illinois CM/ECF system which sent notification of such filing on the 15th day of April, 2013:

Janice M. Pintar
Katherine Marie Gaumond
Cross Law Firm, S.C.
845 N. 11th St.
Milwaukee, WI 53233
jpintar@crosslawfirm.com
kgaumond@crosslawfirm.com

Robin B. Potter
Robin Potter & Associates P.C.
111 E. Wacker Dr.
Suite 2600
Chicago, IL 60601
robin@potterlaw.org

and to Oakley Construction Company via e-mail and U.S. Mail on the 15th day of April, 2013:

Augustine Afriyie, President
Anthony Kwateng, Vice President
Oakley Construction Company
7815 S. Claremont Ave
Chicago, IL 60620
aafriyie@oakleyconstruction.com
akwateng@oakleyconstruction.com
sburt@oakleyconstruction.com

_____/s/ Catherine R. Locallo_____